IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-30290
Summary Calendar
_____

In The Matter Of: JO ANN LACOSTE ULMER

                    Debtor

----------------------

DAN C FRISARD

                    Appellant

v.

JO ANN LACOSTE ULMER

                    Appellee

_____

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
(00-CV-3463)
_____

September 4, 2001

Before KING, Chief Judge, and JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    The district court's order denying Appellant's Motion to Stay
and Motion for Partial Withdrawal of Bankruptcy Reference is
AFFIRMED. All pending motions are DENIED. This appeal is
frivolous and Appellant is assessed double costs.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.